IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICTOR VITOLAS, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE | § | |
| OF THE ESTATE OF | § | |
| SABDY VITOLAS, DECEASED; | § | |
| CARMEN SANCHEZ; AND | § | |
| CESAR SANCHEZ | § | |
|       Plaintiffs, | § | CIVIL ACTION NO. A06CA877 SS |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
|       Defendant | § | |

## NOTICE OF SETTLEMENT

Plaintiffs VICTOR VITOLAS, ET AL and Defendant UNITED STATES OF AMERICA have agreed to a settlement that resolves all issues involved in this case.

The parties anticipate that the settlement documents will be signed and they will be able to file an Order of Dismissal within ninety (90) days.

The parties request that the status conference scheduled for September 7, 2007 be cancelled.

|  |  |
|---|---|
| WHITEHURST, HARKNESS, OZMUN & BREES, P.C. <br> P.O. Box 1802 <br> Austin, Texas 78767-1802 <br> 512/476-4346 <br> 512/476-4400 (Fax) <br><br> s/William O. Whitehurst <br> WILLIAM O. WHITEHURST <br> State Bar No. 00000061 <br> EUGENE W. BREES <br> State Bar No. 02947500 <br> MICHELLE M. CHENG <br> State Bar No. 00796345 <br><br> ATTORNEYS FOR PLAINTIFFS | Respectfully submitted, <br><br> Johnny Sutton <br> United States Attorney <br> Clayton R. Diedrichs <br> Assistant United States Attorney <br> Colorado State Bar No. 16833 <br> 601 N.W. Loop 410, Ste. 600 <br> San Antonio, TX 78216 <br> 210-384-7310 <br> 210-384-7312 Fax <br><br> s/Clayton R. Diedrichs <br> CLAYTON R. DIEDRICHS <br><br> ATTORNEY FOR DEFENDANT |